UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Michael Hernandez,

    Plaintiff,

 v.

Nicholas W. Sanz;
Verna R. Sanz;
Milagros Doctor Wolf; and Does 1-10,

    Defendants

Case: 3:13-CV-04318-JSC  VC

**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON**

**ORDER**

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: July 28, 2014

_____
HONORABLE
UNITED STATES

*IT IS SO ORDERED*
Judge Vince Chhabria

1

Stipulation for Dismissal    Case: 3:13-CV-04318-JSC